UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KIM MARIE DIESEL, *individually and on behalf of all others similarly situated*, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:22-cv-892-MTS ) |
| THE PROCTER & GABMLE COMPANY, *et al.*, | ) ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM & ORDER

Before the Court is Defendant's Motion to Extend Time To Answer, Move, Or Otherwise Plead. *See* Doc. [6]. In this Motion, Defendant requests that the Court approve a briefing schedule for Plaintiff's impending motion for remand and for Defendant's responsive pleading thereafter. Plaintiff consents to the requested relief.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Extend Time To Answer, Move, Or Otherwise Plead, Doc. [6], is **GRANTED** in part. Plaintiff shall file her Motion to Remand on or before September 26, 2022; Defendant's opposition to Plaintiff's motion to remand shall be filed on or before October 24, 2022; and Plaintiff's reply shall be filed on or before November 7, 2022. After the Court's ruling on Plaintiff's Motion to Remand, Defendant shall have twenty-one (21) days to file any required response. *See* Fed. R. Civ. P. 12.

Dated this 30th day of August, 2022.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE